CR 21-119 NEB/LIB

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SUPERSEDING INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 1151 |
| | 18 U.S.C. § 1153(a) |
| v. | 18 U.S.C. § 2241(a)(1) |
| | 18 U.S.C. § 2242(1) |
| DESCART AUSTIN BEGAY, JR., | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNTS 1-4
(Aggravated Sexual Abuse)

On or about July 3, 2020, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**DESCART AUSTIN BEGAY, JR.,**

an Indian, did knowingly cause victim S.S. to engage, and attempt to engage, in a sexual act, to wit:

| Count 1 | Contact between the penis and the vulva |
|---|---|
| Count 2 | Contact between the mouth and the vulva |
| Count 3 | Contact between the mouth and the penis |
| Count 4 | Penetration, however slight, of the genital opening of another by a hand or finger or any object with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person |

as defined in Title 18, United States Code, Section 2246(2), by using force against S.S., all in violation of Title 18, United States Code, Sections 2241(a)(1), 1151, and 1153(a).



SCANNED
AUG 17 2022
U.S. DISTRICT COURT MPLS

## COUNTS 5-8
(Sexual Abuse)

On or about July 3, 2020, in the State and District of Minnesota and within the exterior boundaries of the Red Lake Indian Reservation, the defendant,

**DESCART AUSTIN BEGAY, JR.,**

an Indian, did knowingly cause victim S.S. to engage, and attempt to engage, in a sexual act, to wit:

| | |
|---|---|
| Count 5 | Contact between the penis and the vulva |
| Count 6 | Contact between the mouth and the vulva |
| Count 7 | Contact between the mouth and the penis |
| Count 8 | Penetration, however slight, of the genital opening of another by a hand or finger or any object with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person |

as defined in Title 18, United States Code, Section 2246(2), by threatening and placing S.S. in fear, all in violation of Title 18, United States Code, Sections 2242(1), 1151, and 1153(a).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY              FOREPERSON