# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

# JURY SELECTION AND CRIMINAL TRIAL

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DESCART AUSTIN BEGAY, JR.,<br><br>Defendant. | COURTROOM MINUTES - CRIMINAL<br>BEFORE: Nancy E. Brasel<br>U.S. District Judge<br><br>Case No: 21-cr-119 (1) (NEB/LIB)<br>Date: August 29, 2022<br>Court Reporter: Renee Rogge<br>Courthouse: Duluth<br>Courtroom: 1<br>Time Commenced: 8:30 a.m. -8:45 a.m.<br>9:30 a.m. – 11:00 a.m.<br>11:15 a.m. – 12:25 p.m.<br>1:15 p.m. – 1:30 p.m.<br>2:45 p.m. – 5:00 p.m.<br>Time Concluded: 5:00 p.m.<br>Time in Court: 5 hours and 25 minutes |

**APPEARANCES:**
Plaintiff: Evan Gilead, Assistant U.S. Attorney
Defendant: John Marti and Michael Rowe, CJA Appointed Attorneys, Scott Mah, Pro Bono

**PROCEEDINGS:**
- X  Pretrial Conference with parties prior to jury selection. The parties indicated that the order on the motions in limine that was filed Thursday evening didn't send an electronic notice of the filing. There was an administration error. The Court indicated that the parties may have additional time before we start openings if needed to continue preparations for trial.
- X  Voir Dire and Selection
- X  Jury trial began – Trial Day 1
- X  Preliminary Instructions.
- X  Opening arguments.
- X  Government witness: Officer Kendall Kingbird,
- X  Trial continued to 8/30/22 at 9:00 a.m. in Courtroom 1
- X  Defendant is released on previous bond conditions.

Date: August 29, 2022

s/KW
Signature of Courtroom Deputy
to Judge Nancy E. Brasel